```
 1  EILEEN M. DECKER
    United States Attorney
 2  PATRICIA A. DONAHUE
    Assistant United States Attorney
 3  Chief, National Security Division
    RYAN WHITE (Cal. Bar No. 255201)
 4  JENNIE L. WANG (Cal. Bar No. 233392)
    Assistant United States Attorney
 5  Cyber & Intellectual Property Crimes Section
         1500 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephones: (213) 894-2296/2450
         Facsimile:  (213) 894-0141
 8       E-mails:    ryan.white@usdoj.gov
                     jennie.wang@usdoj.gov
 9
    Attorneys for Plaintiff
10  UNITED STATES OF AMERICA
```

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-368-R |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS INDICTMENT AGAINST DEFENDANT DAVID ELAM |
| v. | |
| DAVID ELAM, | |
| Defendant. | |

    Pursuant to Rule 48 of the Federal Rules of Criminal Procedure,
and by leave of court endorsed hereon, the United States Attorney

//
//
//
//
//
//
//
//

for the Central District of California hereby moves to dismiss the above-referenced case without prejudice as to defendant David Elam.

Dated: March 17, 2016  Respectfully submitted,

EILEEN M. DECKER
United States Attorney

PATRICIA A. DONAHUE
Assistant United States Attorney
Chief, National Security Division

_____
RYAN WHITE
JENNIE L. WANG
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA